# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| Robert McDaniel Cox<br>*Plaintiff*<br>v.<br>Bristow Marchant, David C. Norton, James A. Stuckey, William J. Thrower<br>*Defendant* | ) ) ) ) ) | Civil Action No.    2:11-cv-02811-PMD |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ other: the Report and Recommendation of United States Magistrate Judge Bruce Howe Hendricks be adopted and the within action dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

☒ decided by the Honorable Patrick Michael Duffy, Senior United States District Judge.

Date:   November 22, 2011                                                    *CLERK OF COURT*

                                                                                             s/ Anna Lanahan
                                                                              _____
                                                                              *Signature of Clerk or Deputy Clerk*